UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Case No. 1:21-cv-05356-ENV-SJB
JOSE MIRABAL,

                        Plaintiff,

      -against-

ALUMALINE INC.,

                        Defendant.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Plaintiff, Jose Mirabal, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendant Alumaline Inc.

Dated:  November 4, 2024
          New York, New York

                                                       Respectfully submitted,

                                                       **Phillips & Associates, PLLC**
                                                       *Attorneys for Plaintiff*

                                                       */s/ Gregory Kirschenbaum*
                                                       Gregory W. Kirschenbaum, Esq.
                                                       45 Broadway, Suite 430
                                                       New York, NY 10006
                                                       (212) 248-7431

To:    Evan E. Richards, Esq.
       Baker Greenspan & Berstein, Esqs.
       2099 Bellmore Avenue
       Bellmore, NY 11710
       *erichards@bgblawfirm.com*