UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MIRABAL,

                              Plaintiff,                      JUDGMENT

v.                                                            21-cv-05356-ENV-SJB

ALUMALINE INC.,

                              Defendant.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 5, 2024; and Defendant Alumaline, Inc., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Jose Mirabal for the sum of Ten Thousand Dollars ($10,000.00), including all attorney's fees and costs; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jose Mirabal and against Defendant Alumaline, Inc., for the sum of Ten Thousand Dollars ($10,000.00), including all attorney's fees and costs.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       November 7, 2024                                          Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk